THE STATE OF OHIO, APPELLEE, *v.* SLAGLE, APPELLANT.

[Cite as *State v. Slagle* (1995), 72 Ohio St.3d 509.]

(No. 94–2207—Submitted April 18, 1995—Decided July 19, 1995.)

510

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Karen L. Johnson,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *Linda E. Prucha* and *Pamela Prude–Smithers,* Assistant Public Defenders, for appellant.

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.